IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAUL JONES, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 12-0163-CG-M |
| | ) |
| OCÉ IMAGISTICS, INC.,[1] | ) |
| | ) |
|     Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the order granting Defendant's motion for summary judgment (Doc. 36), it is **ORDERED, ADJUDGED** and **DECREED** that the plaintiff's claims against defendant, Océ Imagistics, Inc., are hereby **DISMISSED WITH PREJUDICE**.  Costs are taxed against the plaintiff.

**DONE and ORDERED** this 3rd day of December, 2012.

                                                /s/  Callie V. S. Granade
                                                UNITED STATES DISTRICT JUDGE

---

[1] Defendant, Canon U.S.A., Inc., was dismiss on stipulation of the parties (Doc. 12) pursuant to order entered on March 22, 2012 (Doc.13).